UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY LEE ANTHONY,

        Petitioner,        Case No. 1:10-cv-496

v.        Honorable Paul L. Maloney

THOMAS K. BELL,

        Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:   June 11, 2010        /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief United States District Judge